AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Tojo Sea Below, LLC | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 16-cv-81865-RLR |
| Diablo Royale Customs, LLC<br>Allison Jobe and<br>Gerry Tittle | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gerry Tittle
816 Shady Creek Drive
Cleburne, Texas 76033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Guy A. Rasco, Esq.
Devine Goodman Rasco & Watts-FitzGerald, LLP
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, Florida 33134
Tel: (305) 374-8200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 11/14/2016

Steven M. Larimore
Clerk of Court

s/ Faithtrina Stinson
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Tojo Sea Below, LLC <br><br> *Plaintiff(s)* <br> v. <br> Diablo Royale Customs, LLC <br> Allison Jobe and <br> Gerry Tittle <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-cv-81865-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Allison Jobe
      725 S. Nolan River Road
      Cleburne, Texas 76033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Guy A. Rasco, Esq.
      Devine Goodman Rasco & Watts-FitzGerald, LLP
      2800 Ponce de Leon Blvd., Suite 1400
      Coral Gables, Florida 33134
      Tel: (305) 374-8200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 11/14/2016

Steven M. Larimore
Clerk of Court

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Tojo Sea Below, LLC <br><br> *Plaintiff(s)* <br> v. <br> Diablo Royale Customs, LLC <br> Allison Jobe and <br> Gerry Tittle <br><br> *Defendant(s)* | Civil Action No. 16-cv-81865-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Diablo Royale Customs, LLC
by serving its Registered Agent
Allison Jobe
725 S. Nolan River Road
Cleburne, Texas 76033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Guy A. Rasco, Esq.
Devine Goodman Rasco & Watts-FitzGerald, LLP
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, Florida 33134
Tel: (305) 374-8200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 11/14/2016

Steven M. Larimore
Clerk of Court

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts