UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TOJO SEA BELOW, LLC,<br><br>   Plaintiff,<br>v.<br><br>DIABLO ROYALE CUSTOMS, LLC, ALLISON JOBE and GERRY TITTLE,<br><br>   Defendants. | CIVIL ACTION FILE NO.<br><br>9:16-cv-81865-RLR |

## STIPULATED DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Tojo Sea Below, LLC ("Tojo") and Defendant Diablo Royale Customs, LLC ("Diablo Royale") (collectively, the "Parties"), by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and stipulate to dismissal of this action. The Parties stipulate that all claims by Tojo against Diablo Royale are dismissed with prejudice. The Parties further stipulate that each party will bear its own costs and fees in connection with this action.

Dated this 14th day of June, 2017.

| | |
|---|---|
| s/ Guy A. Rasco<br>Guy A. Rasco, Esq.<br>Florida Bar No. 727520<br>grasco@devinegoodman.com<br>DEVINE GOODMAN RASCO WATTS FITZGERALD LLP<br>2800 Ponce de Leon Blvd., Suite 1400<br>Coral Gables, FL 33134 | /s/ Joshua Spector<br>Joshua Spector, Esq.<br>Florida Bar No. 584142<br>jspector@pbyalaw.com<br>PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.<br>283 Catalonia Avenue, Suite 200<br>Coral Gables, FL 33134 |

| | |
|---|---|
| Steven G. Hill<br>Georgia Bar No. 354658 (admitted *pro hac vice*)<br>Martha L. Decker<br>Georgia Bar No. 420867 (admitted *pro hac vice*)<br>Vivek Ganti<br>Georgia Bar No. 755019 (admitted *pro hac vice*)<br>HILL, KERTSCHER & WHARTON, LLP<br>3350 Riverwood Parkway<br>Atlanta, Georgia 30339<br>Telephone: (770) 953-0995<br>Facsimile: (770) 953-1358<br>Email: sgh@hkw-law.com<br>         md@hkw-law.com<br>         vg@hkw-law.com<br><br>*ATTORNEYS FOR PLAINTIFF TOJO SEA BELOW, LLC* | Matthew C. Juren<br>Texas State Bar No. 24065530 (admitted *pro hac vice*)<br><br>NELSON BUMGARDNER, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>(817) 377-9111<br>(817) 377-3485 (fax)<br>matthew@nelbum.com<br><br>*ATTORNEYS FOR DEFENDANT DIABLO ROYALE CUSTOMS, LLC* |